1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ANGELA PRADO, ET AL.,<br>    Plaintiffs,<br>    v.<br>FUNPLUS INTERNATIONAL AG,<br>a Swiss Public Limited Company, and<br>KINGSGROUP HOLDINGS, a Cayman<br>Islands corporation,<br>    Defendants. | Case No. 4:22-cv-05023-YGR<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS PURSUANT TO CIV. L.R. 6-3; AS AMENDED BY THE COURT** |
| YOVANNI YANEZ, ET AL.,<br>    Plaintiffs,<br>    v.<br>FUNPLUS INTERNATIONAL AG,<br>a Swiss Public Limited Company, and<br>KINGSGROUP HOLDINGS, a Cayman<br>Islands corporation,<br>    Defendants. | Case No. 4:23-cv-02667-YGR |
| LOREN KELLY,<br>    Plaintiff,<br>    v.<br>FUNPLUS INTERNATIONAL AG, a Swiss<br>Public Limited Company, and KINGSGROUP<br>HOLDINGS, a Cayman Islands corporation.<br>    Defendants. | Case No. 4:23-cv-04122-YGR<br><br>The Honorable<br>Yvonne Gonzalez Rogers<br>Courtroom: 1<br>4th Floor – Oakland Courthouse<br>1301 Clay Street, Oakland, CA  94612 |

1  Upon consideration of the Unopposed Motion pursuant to Civil Local Rule 6-3 by Plaintiffs Angela Prado, Staci Turner, Kimberly Surette, Bryan Kauffman, Cyrenna Dewhurst, Derik Niederquell, Heriberto Santana, Paul Mazey, Loren Kelly, Yovanni Yanez, and Emelyn Matos (collectively, "Plaintiffs") for extending the dates set forth in the Civil Minutes dated November 20, 2023 [D.E. 59] and Order Modifying Briefing schedule dated November 22, 2023 [D.E. 60] for the filing of Plaintiffs' Opposition to Defendant's Motion to Dismiss the operative Complaint and Defendants' Reply, and continuing the hearing on the same, the Court having reviewed and considered the Unopposed Motion, as well as the other related papers and pleadings on file herein, and finding good cause appearing, finds and orders as follows:

IT IS ORDERED THAT Plaintiffs' Unopposed Motion to enlarge the briefing and hearing schedule on Defendants' Motion to Dismiss, is GRANTED.

IT IS FURTHER ORDERED THAT the following deadlines relating to Defendants' Motion to Dismiss are hereby reset as follows:

| Event | Prior Dates | Rescheduled Dates |
|---|---|---|
| Plaintiffs' Opposition Due | March 1, 2024 | March 11, 2024 |
| Defendant's Reply Due | March 29, 2024 | April 8, 2024 |
| Motion to Dismiss Hearing | April 23, 2024 | April 30, 2024 |

**IT IS SO ORDERED.**

DATED: February 9, 2024

_____
United States District Judge
for the Northern District of California

Case No. 4:22-cv-05023-YGR    1    [~~PROP~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MTN RE SCHEDULE