**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGELA PRADO, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**FUNPLUS INTERNATIONAL AG, ET AL.,**<br><br>    Defendants. | **Case No.: 22-cv-05023-YGR**<br><br>**ORDER VACATING HEARING**<br><br>DKT. NO. 68 |
| **YOVANNI YANEZ, ET AL.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**FUNPLUS INTERNATIONAL AG, ET AL.,**<br><br>    Defendants. | **Case No.: 23-cv-02667-YGR**<br><br>**ORDER VACATING HEARING**<br><br>DKT. NO. 47 |
| **LOREN KELLY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**FUNPLUS INTERNATIONAL AG, ET AL.,**<br><br>    Defendants. | **Case No.: 23-cv-04122-YGR**<br><br>**ORDER VACATING HEARING**<br><br>DKT. NO. 39 |

The hearings set for April 30, 2024 are **VACATED**. The Court will reset the hearings at a later date.

**IT IS SO ORDERED**.

Dated: April 17, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**